UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENDALL JOHNSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-3718** |
| **W.S. McCAIN, WARDEN** | **SECTION: "A"(3)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Kendall Johnson is **DISMISSED WITH PREJUDICE**.

November 2, 2016

_____
UNITED STATES DISTRICT JUDGE